F. L. LIPSCOMB, as Sheriff of Taylor County, Florida, *Plaintiff in| Error*, vs. JOHN KALOROUKAS, ANDREAS HATZE-HAISTODOULON, DAMIANAS GIALOURAKIS, GEORGE GEORGIADES, BASELEOS GAILORUAKIS and KOSTAS TEMARAS *Defendants in Error*.

Division B.

Decision filed March 12, 1931.

*J. R. Kelley, Claude Pepper* and *W. B. Davis*, for Plaintiff in Error;

*Phillips & Thompson* and *Archie Clement*, for Defendants in Error.

PER CURIAM.—This cause is in all respects like that of Lipscomb as Sheriff vs. Gialourakis in which opinion and judgment has been this day filed. The judgment in this case is, therefore, reversed on authority of the opinion and judgment in that case.

Reversed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL AND BROWN, J.J., AND HUTCHINSON, Circuit Judge, concur.

DAVIS, J., disqualified. ·